UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO.: 2:23-cr-139-SPC-NPM

LUIS ARMANDO RODRIGUEZ-
PADILLA

## **PRELIMINARY ORDER OF FOREFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 41). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting a Rossi 38 caliber revolver, model M88, serial number W104153 loaded with 38 caliber unknown ammunition, seized from the defendant on or about October 29, 2023. See 18 U.S.C. § 924(d); Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the Rossi 38 caliber revolver, model M88, serial number W104153 loaded with 38 caliber unknown ammunition to the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the Rossi 38 caliber revolver, model M88, serial number W104153 loaded with 38 caliber unknown ammunition.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Preliminary Order of Forfeiture (Doc. 41) is **GRANTED**.

1. The Rossi 38 caliber revolver, model M88, serial number W104153 loaded with 38 caliber unknown ammunition is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d)and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on April 25, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record