UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-139-SPC-NPM

LUIS ARMANDO RODRIGUEZ-PADILLA

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 53). The Government seeks forfeiture of **a Rossi 38 caliber revolver, model M88, serial number W104153 loaded with 38 caliber unknown ammunition** (hereinafter "**Assets**"), which was subject to a Preliminary Order of Forfeiture (Doc. 43). Although the Government gave proper notice, no third parties have petitions for the Assets and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Assets to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 53) is **GRANTED**.

1. Defendant's interest in **a Rossi 38 caliber revolver, model M88, serial number W104153 loaded with 38 caliber unknown**

**ammunition** is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on August 5, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record